PS 8
(Rev. 12/04)

# CONFIDENTIAL PRETRIAL INFORMATION

THE ATTACHED ORDER ONLY SHOULD BE MADE PART OF THE PUBLIC RECORD.

UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Carlos Baez     Docket No. 19 MAG 10424

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Josh Rothman, Pretrial Services Officer, presenting an official report upon the conduct of defendant Carlos Baez, who was placed under pretrial release supervision by the Honorable Sarah Netburn, sitting in the court at 500 Pearl Street on the 19th date of November, 2019 under the following conditions:

- $250,000 bond to be co-signed by two financially responsible people,
- Pretrial Services supervision,
- Home detention with GPS monitoring,
- Drug testing and treatment as directed,
- Travel restricted to the Southern and Eastern Districts of New York,
- Surrender of travel documents (& no new applications),
- No possession of firearms/destructive devices/other weapons

On July 24, 2020, United States Magistrate Judge Barbara C. Moses so ordered a request to modify the defendant's level of monitoring from home detention to a curfew.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS: The defendant has been fully compliant since his release on bail. He has reported to Pretrial Services as directed and has incurred no violations of his location monitoring conditions. Based on the full compliance of the defendant, we are respectfully seeking a modification to remove curfew and GPS monitoring conditions. Assistant United States Attorney Jacob Gutwillig and defense counsel Patrick Brackley have consented to the requested modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on                                          October 2, 2020

*Josh Rothman*
U.S. Pretrial Services Officer

Place                                          Southern District of New York

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   19 MAG 10424
     -against-                       :   ORDER
                                     :
Carlos Baez                          :
                                     :
         Defendant                   :
-------------------------------------X
```

Robert W. Lehrburger, United States Magistrate Judge:

ORDERED that the defendant's bail be modified to remove the condition of curfew enforced by GPS monitoring.

Dated: New York, New York
       October  2  , 2020

                                        SO ORDERED

                                        _____
                                        Robert W. Lehrburger
                                        United States Magistrate Judge